IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV

2005 MAY -4 A 8: 20

ROLAND MORALES,

    Plaintiff,

vs.

GREAT WEST CASUALTY;
CRETE CARRIER CORPORATION;
MARK THOMAS YOUNG, and
SHAFFER TRUCKING, INC.,

    Defendants.

CIVIL ACTION NO. CV205-006

IN RE:   LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Richard A. Brown, Jr., for the periods of July 18, 2005, through July 27, 2005, and December 19, 2005, through and including January 4, 2006, in the captioned case. (Doc. 14.)

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 4th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 2:05-cv-00006
Date Served: May 4, 2005
Served By: Lee G. LaVictoire

Attorneys Served:

Stephen L. Goldner, Esq.
Robin L. Frazer, Esq.
Richard A. Brown Jr., Esq.

_____ Copy placed in Minutes

_____ Copy given to Judge

_____ Copy given to Magistrate